UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

    Plaintiff,

v.

PAUL THIMONS and THIMONS LAW PLLC,

    Defendants.

CASE NO. 3:24-CV-5723-TMC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's claims are dismissed for failure to state a claim upon which relief can be granted. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* is denied. This dismissal constitutes a strike under 28 U.S.C. § 1915(g).

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 9th day of October.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1